```
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

LATHAM & WATKINS LLP
Serrin Turner (pro hac vice to be filed)
serrin.turner@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834
Telephone:  +1.212.906.1200
```

*Attorneys for Defendant*
*Caesars Entertainment, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL ELVIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAIMENT, INC.,<br><br>Defendants. | Case No. 2:23-cv-01662-ART-BNW<br><br>**STIPULATION AND ORDER CONTINUING TIME FOR DEFENDANT CAESARS ENTERTAINMENT, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Caesars Entertainment, Inc. ("Caesars") and Plaintiff April Elvidge ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on October 13, 2023, Plaintiff filed her class action complaint (ECF No. 1);

**WHEREAS**, on October 16, 2023, Caesars was served with the Complaint and Summons;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, the deadline for Caesars to answer or otherwise respond to the Complaint is November 6, 2023 (ECF No. 6);

1  **WHEREAS**, ten additional actions arising from the same subject matter as Plaintiff's complaint are currently pending in this District;

**WHEREAS**, The first five of these actions filed in this District have been consolidated, with the lead case being *Rodriguez v. Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW (Sept. 15, 2023), and the consolidated action being renamed *In re Data Breach Security Litigation Against Caesars Entertainment, Inc.*, No. 2:23-cv-01447-ART-BNW ECF 21 ("Consolidated Action");

**WHEREAS,** on November 3, 2023, Caesars filed a Motion to Consolidate Later-Filed Cases into the Consolidated Action, which included Plaintiff's complaint and five others filed on or after October 12, 2023;

**WHEREAS,** Caesars anticipates that the *Elvidge* action will be will be consolidated with the Consolidated Action, and proceed on a coordinated schedule for pre-trial proceedings;

**WHEREAS**, the parties in the Consolidated Action have agreed to stay Caesars's deadline to answer or otherwise respond to the complaints pending the filing of a Consolidated Complaint;

**WHEREAS**, to avoid unnecessary expenditure of resources and effort responding to Plaintiff's individual complaint where all Parties are agreed that the complaint should first be consolidated into the Consolidated Action, and where the Motion to Consolidate Later-Filed Cases is currently pending before the court in the Consolidated Action, the Parties have agreed to extend the time for Caesars to respond to the Complaints until forty-five (45) days following the service of a consolidated complaint, as requested in the Motion to Consolidate Later-Filed Cases, or, if the Court denies the Motion to Consolidate, forty-five (45) days after the Court issues such decision. There is good cause to grant this request, which is not made for the purposes of delay.

It is therefore **STIPULATED** and **AGREED** that:

1. Defendant shall file and serve any answer or other response within forty-five (45) days of the filing of a consolidated complaint, if the pending Motion to Consolidate Later-Filed Cases is granted.

2. If the Motion to Consolidate Later-Filed Cases is not granted, Defendant shall file and serve any answer or other response to Plaintiff's complaint within forty-five

(45) days of the Court's decision.

Dated: November 6, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines #9411
Gerardo Avalos #15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
T: (702) 880-5554
F: (702) 385-5518
ghaines@freedomlegalteam.com

**Laukaitis Law LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

**DannLaw**
Marc Dann*
Brian Flick*
15000 Madison Avenue
Lakewood, OH 44107
T: (216) 373-0539
F: (216) 373-0536
mdann@dannlaw.com
bflick@dannlaw.com

Javier Merino*
1520 Hwy. 130, Ste. 101
North Brunswick, NJ 08902
T: (201) 355-3440
jmerino@dannlaw.com

*Attorneys for Plaintiff April Elvidge*

**McDONALD CARANO LLP**

By: /s/ Adam Hosmer-Henner
Adam Hosmer-Henner (NSBN 12779)
Chelsea Latino (NSBN 14227)
Jane Susskind (NSBN 15099)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000

*Attorneys for Defendant
Caesars Entertainment, Inc.*

**LATHAM & WATKINS LLP**
Serrin Turner (pro hac vice to be filed)
serrin.turner@lw.com
1271 Avenue of the Americas
New York, New York 10022-4834
Telephone: +1.212.906.1200

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/7/2023